IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| VERONICA ABREU, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 25-3088-BAH |
| NIKITA BAKER ET AL., | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Following a status conference held today, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Amended Standing Order 2025-01, entered at ECF 2, until further order of this Court. Specifically, the Government/Respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Petitioner Veronica Abreu from the continental United States.

As discussed, the Court sets the following briefing schedule:

| | |
|---|---|
| Petitioner's amended petition/complaint | September 24, 2025 |
| Government's response/motion to dismiss | October 1, 2025 |
| Petitioner's reply to petition/response to motion | October 8, 2025 |

Dated: September 19, 2025

/s/
Brendan A. Hurson
United States District Judge