IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| VERONICA ABREU A/K/A VERONICA PEREZ-TEO (A# 097-739-526),<br><br>Petitioner,<br><br>v.<br><br>NIKITA BAKER ET AL.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    Civil No. 25-3088-BAH |

## ORDER

For the reasons stated in open court today, it is this 12th day of December, 2025, hereby ORDERED that:

(1) Petitioner Veronica Abreu (also known as Veronica Perez-Teo)'s amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF 11, is GRANTED;

(2) Respondents' motion to dismiss, ECF 13, is DENIED;

(3) Respondents are directed to immediately release Petitioner Veronica Abreu from custody; and

(4) By Monday, December 15, 2025, at 5:00 p.m. the parties are to provide a joint status report confirming compliance with this order and updating the Court as to whether a dispute remains on the question of the return of Petitioner's employment authorization document.

Brendan A. Hurson
United States District Judge