UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>**MDD_BAHChambers@mdd.uscourts.gov** |

December 18, 2025

LETTER ORDER

Re:   *Abreu v. Baker et al.*
      Civil No. 25-3088-BAH

Dear Counsel:

The Court has received the status report indicating that Petitioner has been released from custody but that Respondents "did not return her employment authorization document, which was confiscated at the time of her detention" and that "Petitioner and her spouse have been unsuccessful thus far in their efforts to recuperate the employment authorization document." ECF 19.

The Court takes judicial notice of *Ortiz Martinez v. Wamsley*, No. 2:25-CV-01822-TMC, 2025 WL 2899116 (W.D. Wash. Oct. 10, 2025), where the Western District of Washington ordered that: "Within seven days of this Order, Respondents must show cause why the Court should not order the return of Petitioner Santiago Ortiz Martinez's employment authorization document ('EAD') and Alaska ID." *Id.* at *5. The docket of that case reflects that the court found that "Respondents have shown cause that further relief is not necessary at this time" because they "represent[ed] that Petitioner Ortiz Martinez's EAD and Alaska identification card are being returned to him." *See* Minute Order, ECF 27 in No. 2:25-CV-01822-TMC (W.D. Wash. Oct. 20, 2025).

Accordingly, based on Petitioner's counsel's request at the December 12 hearing that her EAD be returned to her, the Court hereby ORDERS Respondents to either return Petitioner's EAD to her by January 8, 2026. If Respondents do not return the EAD by that date, Respondents are directed to SHOW CAUSE why they cannot and/or should not do so. Petitioner may respond to within seven (7) days of Respondents' response to this show cause order.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States District Judge